UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CIVIL ACTION NO.  3:07-83-KKC

ANTHONY S. DICKEY,                                                                                    PLAINTIFF

v.                                                            **ORDER**

PROTOCOL RECOVERY SERVICE, INC.                                                DEFENDANT

\* \* \* \* \* \* \* \* \*

The Court, having been advised by counsel that settlement has been reached on all matters in this case, **ORDERS** that this action be, and the same hereby is, **DISMISSED WITH PREJUDICE**, all pending motions are overruled as moot and the matter shall be **STRICKEN** from the **ACTIVE DOCKET**.

The Pretrial Conference of November 17, 2008 and jury trial of February 9, 2009 are hereby SET ASIDE.

Dated this 9th day of July, 2008.

Signed By:

*Karen K. Caldwell*   *KKC*

**United States District Judge**